2025R00362/RF

**FILED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OCT 0 8 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn, U.S. Dist. |
| | : | |
| v. | : | Crim. No. 25-618 |
| | : | |
| COREY REDFERN | : | 18 U.S.C. § 922(g)(1) |

### I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark,

charges:

On or about March 28, 2025, in Union County, in the District of New

Jersey and elsewhere, the defendant,

**COREY REDFERN,**

knowing that he had previously been convicted of a crime punishable by a term

of imprisonment exceeding one year, did knowingly possess a firearm and

ammunition, namely one (1) 9mm Taurus model G3C semi-automatic handgun

bearing serial number ACG070299, loaded with fourteen (14) rounds of

ammunition, and the firearm and ammunition were in and affecting interstate

and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

As a result of committing the firearms offense, in violation of Title 18, United States Code, Section 922(g)(1), as charged in this Indictment, the defendant,

### COREY REDFERN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to, one (1) 9mm Taurus model G3C semi-automatic handgun bearing serial number ACG070299, and fourteen (14) rounds of 9mm ammunition.

### Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 28, United States Code,

Section 2461(c), to seek forfeiture of any other property of the defendant up to

the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General


_____
Alina Habba
Acting United States Attorney
Special Attorney


_____
Robert Frazer
Assistant United States Attorney

CASE NUMBER: <u>25-618</u>

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

### v.

### COREY REDFERN,

# INDICTMENT FOR

## 18 U.S.C. §922(g)(1)

**Foreperson**

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

ROBERT FRAZER
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NJ*
*973-645-2897*